IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NANCY PETERSON, § | | |
| *Plaintiff,* § | | |
| § | | |
| V. § | | CIVIL ACTION NO. 5:22-cv-1215 |
| § | | |
| AMICA MUTUAL INSURANCE § | | |
| COMPANY § | | |
| *Defendant.* § | | |

**DEFENDANT AMICA MUTUAL INSURANCE COMPANY'S NOTICE OF REMOVAL**

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446 Defendant, AMICA MUTUAL INSURANCE COMPANY ("Defendant"), hereby removes this action to the United States District Court for the Western District of Texas, San Antonio Division from the 288th Judicial District Court of Bexar County, Texas, stating as follows:

1. Plaintiff, Nancy Peterson ("Plaintiff") commenced this action in the 288th Judicial District Court of Bexar County, Texas, where it was given Cause No. 2022CI19047. This action is between citizens of different states. Plaintiff is a citizen of Texas. Defendant, Amica Mutual Insurance Company is an insurance company whose principal place of business is located in Lincoln, Rhode Island. Therefore, pursuant to 28 U.S.C. § 1332(c), Amica is a citizen of Rhode Island. Further, Plaintiffs claim damages for personal injury, and according to Plaintiffs' Original Petition, filed on September 27, 2022, Plaintiff seeks damages of no more than $1,000,000.00. Accordingly, there is complete diversity of citizenship between the parties; Plaintiff's alleged damages are in excess of $75,000, and this Court has original jurisdiction under 28 U.S.C. § 1332.

2. Defendant was served October 7, 2022 via its Registered Agent so this removal is timely under 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

4. Defendant has provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Bexar County District Clerk.

Respectfully submitted this 7th day of November, 2022.

> NAMAN, HOWELL, SMITH & LEE, PLLC
> 1300 Summit Ave., Suite 700
> Fort Worth, Texas 76102
> Tele.   (817) 509-2044
> Fax.    (817) 509-2060
> E-Mail:  sodell@namanhowell.com
>
> BY:   /s/ *Michael Shane O'Dell*
> **MICHAEL SHANE O'DELL**
>         State Bar No. 24065835
>
> **ATTORNEY FOR DEFENDANT AMICA MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This certifies that on November 7, 2022, a true and correct copy of the foregoing was served on the following:

Daniel W. Packard
dan@packardfirm.com
The Packard Law Firm
1100 NW Loop, Ste. 104
San Antonio, Texas 78213

/s/ *Michael Shane O'Dell*
**Michael Shane O'Dell**